UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BELLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV01504 ERW |
| ) | |
| TSA STORES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Status Report and Request for Conference [doc. #24]. A hearing was held on April 7, 2008, and the Court heard arguments from the parties on this Motion.

The Bankruptcy Court's initial hearing on Defendant Huffy's Motion to Enforce Confirmation Injunction and Discharge Against TSA Stores was held on February 8, 2007. The Bankruptcy Court asked Defendant Huffy and Defendant TSA Stores to complete a joint stipulation of facts to be submitted to the Bankruptcy Court. It has been approximately fourteen months since the Bankruptcy Court hearing, and Defendants have not been able to agree on and file a stipulation of facts as requested by the Bankruptcy Court.

Plaintiff now seeks the Court's permission to conduct limited discovery into the basketball goal. Plaintiff asserts that this discovery is necessary to preserve information for the action pending before this Court. The Court agrees that limited discovery is appropriate to protect Plaintiff's interests in this action.

Accordingly,

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS HEREBY ORDERED** that Plaintiff will be permitted to serve Defendants with fifteen (15) interrogatories and seven (7) requests for production.

Dated this 8th Day of April, 2008.

*E. Richard Webber* (signature)
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

2

PDF created with FinePrint pdfFactory trial version www.pdffactory.com